IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY RICHARDO TURNER, | No. 2:21-CV-1320-JAM-DMC-P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment was entered on November 5, 2021, and Petitioner has appealed. Petitioner's appeal has been processed to the Ninth Circuit Court of Appeals and the appellate court has assigned a case number. Pending before the Court in this closed case are Petitioner's motion for in forma pauperis status and permanent injunctive relief. See ECF Nos. 14 and 15. Petitioner's motions are DENIED without prejudice to renewal in the Ninth Circuit. The Clerk of the Court is directed to terminate ECF Nos. 14 and 15 as pending motions.

IT IS SO ORDERED.

Dated: August 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1