IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDO TURNER,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:21-CV-1320-JAM-DMC-P<br><br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment was entered on November 5, 2021, and Petitioner has appealed. Petitioner's appeal has been processed to the Ninth Circuit Court of Appeals and dismissed. Pending before the Court in this close case is Petitioner's motion for leave to amend, ECF No. 17. This motion is denied as moot because the case is closed. The Clerk of the Court is directed to terminate ECF No. 17 as a pending motion.

      IT IS SO ORDERED.

Dated: May 1, 2024

                               _____
                               DENNIS M. COTA
                               UNITED STATES MAGISTRATE JUDGE